IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOHN OLIVER GIPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN FAYRAM, EARL MINITZE,<br><br>    Defendants. | No. C11-0061-LRR<br><br>ORDER |

This matter is before the court pursuant to its order dated July 27, 2011. Pursuant to such order, the court directed the plaintiff to submit an initial partial filing fee of $150.00 and a statement that indicates whether he lost good time credit. To date, the plaintiff failed to comply with the court's directives. Accordingly, this action is dismissed. Fed. R. Civ. P. 41(b); *Edgington v. Missouri Dept. of Corrections*, 52 F.3d 777, 779-80 (8th Cir. 1995); *cf.* L.R. 41.1(b)(4).

    **IT IS SO ORDERED**
    **DATED** this 15th day of May, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA