## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

JOHN OLIVER GIPSON,

      Plaintiff,

vs.

JOHN FAYRAM, EARL MINITZE,

      Defendants.

No. C11-0061-LRR

ORDER

This matter is before the court pursuant to its order dated July 27, 2011. Pursuant to such order, the court directed the plaintiff to submit an initial partial filing fee of $150.00 and a statement that indicates whether he lost good time credit. To date, the plaintiff failed to comply with the court's directives. Accordingly, this action is dismissed. Fed. R. Civ. P. 41(b); *Edgington v. Missouri Dept. of Corrections*, 52 F.3d 777, 779-80 (8th Cir. 1995); *cf.* L.R. 41.1(b)(4).

      **IT IS SO ORDERED**

      **DATED** this 15th day of May, 2013.


_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA